FILED

DEC 1 0 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:19-CT-3375

(To be filled out by Clerk's Office only)

Orlando Black

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 99937057

-against-

Dean Cuttillar, Federal medical center

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Case 5:19-ct-03375-D    Document 1    Filed 12/10/19    Page 1 of 10

## I.  COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (federal defendants)

## II.  PLAINTIFF INFORMATION

Orlando Black
Name

299371051
Prisoner ID #

Federal Medical Center
Place of Detention

P.O. Box 1600
Institutional Address

Butner                    NC                    27509
City                      State                 Zip Code

## III.  PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee   ☐ State   ☑ Federal

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

Case 5:19-ct-03375-D   Document 1   Filed 12/10/19   Page 2 of 10

## IV.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   Dean Cuttillar
Name

Doctor (Psychartrist)
Current Job Title

P.O. Box 1600
Current Work Address

Butner                    NC                    27509
City                      State                 Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2:   Federal Medical Center
Name

N/A
Current Job Title

P.O. Box 1600
Current Work Address

Butner                    NC                    27509
City                      State                 Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                          State             Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                          State             Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Rev. 10/2015 Prisoner Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: <u>Federal Medical Center</u>

Date(s) of occurrence: <u>Present</u>

State which of your federal constitutional or federal statutory rights have been violated:

<u>5th, 14th, 8th amendment rights, deliberate indiffer-</u>
<u>ence, Mental anguish</u>

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Dean Cuttillar, my doctor, is attempting to have me forced medicated with risperdal, which I had taken in the past, and was taken off for the permanent side effects that occurred, such as: the growth of my breast tissue. (I am a man) I told the doctor, Dean Cuttillar, though, he is deliberately indifferent to my pleas. I have been taking it in an attempt to comply, though, I am in mental anguish of the futher damage it is doing to my body. And, if He succeeds in the order to force medicate me, the guards will hold me down and make me take it. There are, and have been, several lawsuits filed by "males" who have been prescribed this medicine when they know it causes growth of a males breast, and other side effects.

Who did what to you?

**What happened to you?**

I took risperdal as was prescribed to me and my breast tissue grew, which makes me look like I have breast, I am in Mental anguish because they will be forever this way. It also causes my vision to blur, and it causes my mouth and skin to be severly dry.

**When did it happen to you?**

It first happened about a year back and it is still presently occuring due to the fact that I am being forced to take risperdal.

**Where did it happen to you?**

In the Federal Medical Censter in Butner North Carolina.

What was your injury?

My injury is that I am a man with over grown breast tissue. My injury is mental anguish, loss of enjoyment of life, and humiliation.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☐ Yes   ☑ No

If no, explain why not:

My injury has already occurred and a grievance can not grant me the monetary compensation that I am seeking.

Is the grievance process completed?   ☐ Yes   ☑ No

If no, explain why not:

No grievance was filed

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I seek 4 million dollars as compensation.

Case 5:19-ct-03375-D     Document 1     Filed 12/10/19     Page 8 of 10

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?　　　　☐ Yes　　☑ No

　　　　　If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX.  PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

11-29-2019
Dated

Plaintiff's Signature

Orlando Black
Printed Name

29937057
Prison Identification #

P.O. Box 1600                    Butner          NC       27509
Prison Address                    City            State    Zip Code